UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROMEO MALABANAN,

                                    **Plaintiff,**

                    -against-

POINT DIGITAL FINANCE, INC.,

                                    **Defendant.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 5/28/2026 __

26-CV-02296 (JAV)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 27, 2026, Plaintiff filed proof of service showing that Defendant was served on April 30, 2026. See ECF No. 9. To date, Defendant has not appeared in this action. Plaintiff is ORDERED to file a letter by Friday, June 5, 2026, indicating whether Plaintiff has had any contact with Defendant regarding its response to the Complaint and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 28, 2026
          New York, New York