USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**ROMEO MALABANAN,**

**Plaintiff,**

**-against-**

**POINT DIGITAL FINANCE, INC.,**

**Defendant.**

-----------------------------------------------------------------X

**26-CV-02296 (JAV)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Per the scheduling order in this matter, a joint status letter regarding discovery was due on October 14, 2026. ECF No. 21. To date, no letter has been filed.

The parties are ORDERED to file a joint letter on or before Friday, October 23, 2026, informing the Court about the status of discovery.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York